# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN L. HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. MCMAHON, et al.,<br><br>　　　　　Defendants. | Case No. CV 20-09432 DSF (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint (Dkt. No. 9), all of the other records and files herein, and the Magistrate Judge's Report and Recommendation ("Report"), issued August 17, 2022. The time for filing objections to the Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　　Accordingly, IT IS ORDERED that this action is DISMISSED without prejudice. The pending request to proceed without prepayment of filing fees is DENIED as MOOT.

DATED: October 11, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE