JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARREN L. HARRIS, | Case No. CV 20-09432 DSF (RAO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| J. MCMAHON, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:  October 11, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE